AUGUST WUENSCH, Respondent, *v.* ALBERT PULITZER, as President, etc., Appellant.

(Argued June 3, 1895; decided June 14, 1895.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 15, 1895, which affirmed an order of Special Term granting a motion by plaintiff to amend the summons and complaint in the action above entitled.

*C. J. Shearn* for appellant.

*Julius Lehman* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

WILLIAM J. MADDEN, Respondent, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.*

(Argued June 3, 1895; decided June 14, 1895.)

APPEAL from interlocutory judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 9, 1895, which affirmed an order of Special Term overruling a demurrer to the complaint.

*Charles C. Deming* for appellant.

*Samuel Wyman Smith* for respondent.

Agree to affirm on opinion below, with costs, with leave to defendant to answer within twenty days after service of a copy of the order entered upon the remittitur.
All concur.
Ordered accordingly.

---

*Reported below, 11 Misc. Rep. 540.